IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| KATHLEEN H. ISHIHARA, | ) | CV 19-00240 LEK-RT |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER ADOPTING |
| vs. | ) | MAGISTRATE JUDGE'S |
| | ) | FINDINGS AND |
| CHRISTINA KISHIMOTO, | ) | RECOMMENDATION TO |
| Superintendent, | ) | DISMISS THIS ACTION |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION

Findings and Recommendation having been filed and served on all parties on January 15, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Dismiss This Action", ECF No. 13, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU. HAWAII. February 4, 2020.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge